SENTENCING LETTERS AND PHOTOS

United States v. Sherman 3:23-CR-00154-H

A. Letter from Christina Grove (Daughter)
B. Letter from Michael Sherman (Husband)
C. Letter from Stephen Hager (Friend)
D. Job Reference
E. Certificate Red Cross
F. Family Photo
G. Elizabeth Sherman

1.)

July 21, 2023

Re: Character Letter for Elizabeth Sherman



To whom it may concern,

My name is Christina, and Elizabeth is my mother. Thank you for taking the time to review my letter to learn about who my mother truly is. She has a heart of gold, she is selfless, loving, and her determination for success is relentless. I have nothing but admiration and respect for my mother, whom I love dearly with all my heart. I write this letter to help the court understand the positive impact she has had on my life, and the manner in which she lives hers every day.

My mother had me at 18 years old, and our family had very humble beginnings. Despite facing numerous obstacles and challenges, my mom and dad worked tirelessly over the years to ensure financial stability. She instilled in me the value of hard work, determination, and responsibility. She is incredibly hard working, and has always taken great pride in her work. My parents have always been independent and dedicated to achieving their goals through hard work, without seeking assistance from others. My mother continues to work as hard as she can to ensure that my little brother is well taken care of. From Monday to Friday, she works a full time job for 8 hours a day. After that, she rushes to her evening job which involves lifting and delivering heavy packages for several more hours. She often takes weekend shifts too, rather than resting on her days off. Despite these extended work hours, she never complains of being tired


2.)

or stressed. I think about the tireless work ethic she has, and I feel full of both pride and sadness, due to her age. Throughout her entire life, she has remained committed to hard work.

In May of 2022, my husband and I welcomed our baby girl to our family, making my mother a grandmother. She flew out from San Diego and arrived in Texas the day our baby was born significantly easing our nerves as first time parents. Her visit was a little over a week long, but seemed to end too quickly. Living so far away from my mother has been challenging especially since my husband currently serves in the USMC, and we are stationed in Texas on military orders. While I am grateful for the opportunity to support my husband and his service to our country, I miss her more and more everyday. Being a new mom and navigating the demands of parenthood without my mother's physical presence and support has been particularly difficult. I long for her guidance and wisdom during this transitional period in my life, especially during significant milestones and challenges of being a mother. Becoming a new mother has given me a profound appreciation for my mother's sacrifices and hard work in raising me. Witnessing her dedication and strength has inspired and enabled me to become the person I am today. With the work ethic she instilled in me, I have been able to maintain my full time job & manage my online small business while simultaneously

3.)

caring for our baby girl every day from home by myself, which I take great pride in. I feel incredibly blessed to have been raised by such a wonderful mother.

Elizabeth's personality is warm, engaging, and uplifting to all she comes in contact with. Being around her is always a joy because of her kind, authentic and humorous nature. Despite facing many challenges, she maintains a positive attitude and never lets adversity get the best of her. Her optimism is contagious and has influenced my approach to life. She taught me the significance of tackling challenges with a positive mind set and persevering through those difficult challenges.

In conclusion, I kindly request the court to consider my mother's authentic character. It is with utmost sincerity that I vouch for her character and integrity. I cannot thank you enough for taking the time to review my letter. Our family greatly appreciates your time and consideration.

Sincerely,

Christina Grove

Christina Grove

To whom it may concern

My name is Michael Sherman husband To Elizabeth Sherman

We have been married for 27 years we come from a humble begining of a 1 bedroom Apt with only a mattress and a recliner since then we have worked very hard to get ahead we are honest, hardworking people that nothing has came easy for, but with That being said we have maintained our integrety never Lied, cheated to get ahead we are godly people we attend church on Sunday and particape in church funtions a little about me I'm a former soccer coach for kids, I currently work for the Count of San Diego whom I've worked for 15 years my wife Elizabeth is patriotic, honest hard working kind of Lady That Loves her country (USA) Elizabeth is not perfect but who is, she can be a little naive sometimes but that goes with her character because she is genuinly a good person, susceptibe To snake oil salesmen That I try my best to protect her from, but there time Like the time she almost baught a bunch of crappy steaks from a guy selling them out of a truck, fortinatly I got home from work on time and smelled bad intention

Continued Next Page

I Love my wife she is Literaly my other half she keeps life balanced with everything, I cant Imagine life with out her, even for a short time Im 58 and life isn't getting any easier physically or financialy, Losing Elizabeth even for a short Time would cause Etreme emotional and financial hardship, because of the Loss of her contribution to my son and my life, also it would set her back by Lossing a Job that shes worked very hard at for 7 years, currently Life is a Little sideways not upside down yet but togeth we can make it upright again I have faith in my wife people make mistakes and Learn from them and shes that type of person, If given the chance I am very confident that Elizabeth any kind of trouble again and live a productive Life

Michael Sherman

To Whom it May Concern,

I have worked with Liz Sherman at RailPros for 5 years. She is my liaison with our team in the San Diego Office, and my support for billing one of our biggest clients. For me, the value of her help and friendship are immeasurable.

Liz is very adept at coordinating all the moving parts that are needed to put together our complicated billing. She is always ready and willing to help in any way she can. We have solved multiple billing issues together over the years that would have been really difficult for me to deal with on my own. Being a great communicator with both the client and with me is also something that makes her a great asset as a co-worker and as a friend.

I truly enjoy working with Liz, and I especially value the non-work related interactions that we share. I can always count on her for a good laugh when I need one, or for sound advice. She is very caring and considerate, always trying to lighten my load.

Please feel free to contact me with any further questions.

Respectfully,

Julie Sanchez

To Whom it May Concern,

I have worked with Liz Sherman at RailPros for 5 years. She is my liaison with our team in the San Diego Office, and my support for billing one of our biggest clients. For me, the value of her help and friendship are immeasurable.

Liz is very adept at coordinating all the moving parts that are needed to put together our complicated billing. She is always ready and willing to help in any way she can. We have solved multiple billing issues together over the years that would have been really difficult for me to deal with on my own. Being a great communicator with both the client and with me is also something that makes her a great asset as a co-worker and as a friend.

I truly enjoy working with Liz, and I especially value the non-work related interactions that we share. I can always count on her for a good laugh when I need one, or for sound advice. She is very caring and considerate, always trying to lighten my load.

Please feel free to contact me with any further questions.

Respectfully,

Julie Sanchez



# Certificate of Completion

Liz Sherman

has successfully completed requirements for

**Adult and Pediatric First Aid/CPR/AED**

Date Completed: 6/10/2022
Validity Period: 2 - Years

Conducted by: RailPros Field Services Inc.



To verify certificate, scan code or visit redcross.org/digitalcertificate and enter ID.

Learn and be inspired at LifesavingAwards.org



00UGJ7U



## CEU

Liz Sherman

has successfully completed requirements for

**Adult and Pediatric First Aid/CPR/AED-BL**

Date Completed: 6/10/2022

Conducted by: RailPros Field Services Inc.

Contact Hours: 5.0
CEUs Awarded: 0.5



To verify certificate, scan code or visit redcross.org/digitalcertificate and enter ID.

Learn and be inspired at LifesavingAwards.org



